IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DANIEL LADD, | ) |
| Plaintiff, | ) 4:06cv3265 |
| vs. | ) MEMORANDUM AND ORDER |
| LORETTA DIETZ, et al., | ) |
| Defendants. | ) |

The plaintiff, John Daniel Ladd, has elected not to proceed with the above-entitled case and to allow the case to be dismissed without prejudice, in accordance with the options explained in filing no. 7, the Memorandum and Order entered by Magistrate Judge F. A. Gossett on January 17, 2007. The plaintiff will therefore have until four (4) years from the date of the first of the events leading to the injury alleged in the plaintiff's complaint, i.e., until expiration of the statute of limitations for a civil rights claim, to file a complaint in a state or federal forum if he so wishes. At this time, the complaint and this action are hereby dismissed without prejudice, and judgment will be entered accordingly.

SO ORDERED.

DATED this 23rd day of April, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge